JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| GUARDIAN MEDIA TECHNOLOGIES, LTD.,<br>Plaintiff,<br>v.<br>ECHOSTAR CORPORATION and ECHOSTAR TECHNOLOGIES, L.L.C.; DISH NETWORK CORPORATION; DISH NETWORK, LLC, and DISH DBS CORPORATION,<br>Defendants. | Case No. CV09-05095 R (RCx)<br>ORDER DISMISSING ACTION WITH PREJUDICE<br>Judge: Manuel L. Real<br>Magistrate Judge: Rosalyn Chapman |

The Court, having considered the parties' Stipulation of Dismissal with Prejudice, and having found good cause for the relief requested therein, hereby ORDERS that this action is dismissed with prejudice, with each side to bear its own costs.

IT IS SO ORDERED.

Dated: September 2, 2009

Honorable Manuel L. Real
United States District Judge